AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Mar 11, 2026**

SEAN F. McAVOY, CLERK

ALAN and CONNIE HILL, individually and as the marital community thereof

*Plaintiff*

v.

FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, an inter-insurance exchange owned by their policyholders and organized under the laws of the State of California and a wholly owned subsidiary of Farmers Group, Inc.

*Defendant*

)
)
)
)
)
)

Civil Action No.  2:25-CV-0048-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to the Court Order at ECF No 45, Plaintiffs' Motions to Strike (ECF Nos. 30, 31) are DENIED, Defendant's Motion for Summary Judgment (ECF No. 23) is GRANTED, Plaintiffs' Motion for Summary Judgment (ECF No. 11) is DENIED, and Plaintiffs' Motions to Exclude Expert Testimony (ECF No. 39, 41) are DENIED as moot. Judgment is entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Thomas O. Rice.

Date:  3/11/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*